Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____ Division

| | | |
|---|---|---|
| GLYNDA HOLCOMB | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)*  ✔ Yes   ☐ No |
| -v- | ) | |
| CENTRAL FLORIDA REGIONAL TRANSIT AUTHORITY OR LYNX | ) | |
| and CENTRAIL FLORIDA COMMUTER RAIL COMMISSION OR SUNRAIL CORPORATE | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | | |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Glynda Holcomb |
| Street Address | General Delivery |
| City and County | Las Vegas Clark |
| State and Zip Code | 89165 |
| Telephone Number | (850) 203-2201 |
| E-mail Address | gholcomb585@yahoo.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Central Florida Regional Transit Authority or Lynx |
| Job or Title *(if known)* | **CEO Tiffany Homler Hawkins** |
| Street Address | 455 North Garland Avenue |
| City and County | Orlando Orange |
| State and Zip Code | FL 32801 |
| Telephone Number | (407) 841-5969 |
| E-mail Address *(if known)* | inquiry@golynx.com |

Defendant No. 2

| | |
|---|---|
| Name | Central Florida Commuter Rail Commission or Sunrail Corporate |
| Job or Title *(if known)* | Chairwoman Viviana Janer |
| Street Address | 801 Sunrail Drive |
| City and County | Sanford Seminole |
| State and Zip Code | FL 32771 |
| Telephone Number | (855) RAIL-411 |
| E-mail Address *(if known)* | infor@sunrail.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Act 1964; Title VI, Title VII; ADA 1990
Plaintiff asks the court to investigate occurrences involving racism, disability discrimination, harassment, retaliation, and orchestrated-targeted violence from Lynx and Sunrail staff, drivers, operators, managers, and contractors. These occurrences are often the result of formal complaints stemming from encounters with staff, operators, managers, drivers, and/or contractors across certain communities—particularly Orlando and Kissimmee. Sunrail staff equally shared in the same activities when riding the rail after formal complaints.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Glynda Holcomb, is a citizen of the State of *(name)* Nevada.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Lynx and Sunrail, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida.

Or is incorporated under the laws of *(foreign nation)* Florida, and has its principal place of business in *(name)* Orlando-Kissimmee-Sanford.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
$500 Million United States Dollars

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff visited the Orlando-Kissimmee and commuted using public transportation provided by Lynx. Plaintiff is not a local or former employee of any entity within the metro. Within the first 45 days of commuting, Plaintiff began documenting and recording repeated occurrences involving racial discrimination, ADA non-compliance, harassment, and retaliation aboard Lynx vehicles. Plaintiff privately consorted with Lynx staff at the main terminal and filed formal internal reports spanning September 2021 up to April 2022. Afterwards, an increasing number of operators used racial slurs; refused to extend the ADA ramp to allow for safe loading during boarding to provoke fall hazards, and some referred to the Plaintiff as "an African female with a lot of children, no job, and no education". The fact is, none of these stereotypes are true yet are very prejudicial. Such actions are rooted in deliberate acts to disrupt and disallow equal opportunity for access to public accommodations, civil rights' violations, disability violations, and unfair treatment toward a protected class member.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff asks the court to review evidence submitted, internal documentation provided, conduct a thorough-fair investigation, and order CEO of Lynx and CEO or Sunrail to respond on record to the documented occurrences. Plaintiff asks the court to investigate via interviewing locals across the metro—including Orlando, Sanford, and Kissimmee. People who are not locals or natives will shed light on these issues—especially from certain groups of staff, operators, drivers, and/or managers.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **August 16, 2023**

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Glynda Holcomb

### B.  For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____