**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GLYNDA HOLCOMB,

      Plaintiff,

v.                                                                 Case No:   6:23-cv-1571-CEM-LHP

CENTRAL FLORIDA REGIONAL
TRANSIT AUTHORITY and
CENTRAL FLORIDA COMMUTER
RAIL COMMISSION,

      Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** EMERGENCY AND TIME-SENSITIVE MOTION (Doc. No. 13)
>
> **FILED:** September 20, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff, appearing *pro se*, has filed an unsigned "Emergency and Time-Sensitive Motion" in which she "asks that the Court refer to proof of service on record . . . in April 2022"; and "asks the Court to order the Defendants to mediate,

not remain mute, adhere to local rules and procedures or settle via default." Doc. No. 13.

On review, the motion will be denied. First, the motion is unsigned. Second, the motion fails to support by citation to legal authority the relief sought. *See* Local Rule 3.01(a). Third, as Plaintiff has previously been cautioned, Defendants have not yet been served in this case, rendering Plaintiff's requests for affirmative relief against them premature. *See* Doc. Nos. 10, 12. Finally, to the extent that Plaintiff is requesting that the Court consider service to have been effected on Defendants in April 2022, the documentation Plaintiff submits in support relates to a different case, which does not provide a basis for service in the present case. *See generally* Fed. R. Civ. P. 4. Indeed, this case was instituted on August 16, 2023. *See* Doc. No. 1.

For these reasons, the above-styled motion (Doc. No. 13) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on September 20, 2023.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties