**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GLYNDA HOLCOMB,

      Plaintiff,

v.                                                   Case No:   6:23-cv-1571-CEM-LHP

CENTRAL FLORIDA REGIONAL
TRANSIT AUTHORITY and
CENTRAL FLORIDA COMMUTER
RAIL COMMISSION,

      Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR CASE UPDATE**   (Doc. No. 21)
>
> **FILED:**      October 12, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Before the Court is a "Motion for Case Update" filed by Plaintiff, who appears *pro se*. Doc. No. 21. In the motion, "Plaintiff asks the Court to give Plaintiff notice of any deficiencies and requirements via Pacer" and "motions the Court to

reconsider the motion for default judgment against the Defendants in favor of the Plaintiff."  *Id.*

Upon review, the motion will be denied.  First, the motion fails to comply with Local Rule 3.01(a) and does not include a memorandum of legal authority in support.  Second, it is not entirely clear what relief Plaintiff seeks regarding "notice of any deficiencies and requirements via Pacer."  Third, to the extent that Plaintiff seeks reconsideration of the Court's prior Orders denying her requests for default, *see* Doc. Nos. 10, 12, the motion provides no basis for reconsideration.  *See* Doc. No. 21.  *See also Stallworth v. Omninet Village, L.P.*, No. 6:16-cv-546-Orl-31DAB, 2016 WL 10100424, at *2 (M.D. Fla. Aug. 23, 2016) ("Motions for reconsideration are permitted when there is (1) an intervening change in controlling law; (2) newly discovered evidence; or (3) the need to correct clear error or manifest injustice." (citing *Tristar Lodging, Inc. v. Arch Speciality Ins. Co.*, 434 F. Supp. 2d 1286, 1301 (M.D. Fla. 2006), *aff'd*, 215 F. App'x 879 (11th Cir. 2007))).  Insofar as Plaintiff is requesting an update regarding her request to proceed *in forma pauperis*, *see* Doc. Nos. 16–17, that request will be addressed in due course.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties