# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

GLYNDA HOLCOMB,

        Plaintiff,

v.                                        Case No.: 6:23-cv-1571-WWB-LHP

CENTRAL FLORIDA REGIONAL
TRANSIT AUTHORITY and CENTRAL
FLORIDA COMMUTER RAIL
COMMISSION,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On December 12, 2023, the Court entered an Order (Doc. 34) dismissing Plaintiff's Complaint (Doc. 1) and Complaint and Request for Injunction (Doc. 29) without prejudice and ordering Plaintiff to file an amended pleading on or before January 2, 2024. (Doc. 34 at 2). Plaintiff was warned that the failure to do so might result in the dismissal of this case without further notice. (*Id.*). Plaintiff did not timely file an amended pleading. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on January 9, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party